No. 17,654.

SID KLECKER, JR., *v.* T. A. MILNER.
(289 P. [2d] 639)

Decided October 31, 1955.

Mr. GORDON H. ROWE, JR., for plaintiff in error.

Messrs. MOSES & DESOUCHET, for defendant in error.

*En Banc.*

PER CURIAM.

Judgment affirmed without written opinion.